Sheri M. Thome, Esq.
Nevada Bar No. 008657
Nicholas F. Adams, Esq.
Nevada Bar No. 014813
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
Telephone: 702.727.1400
Facsimile: 702.727.1401
Email: Sheri.Thome@wilsonelser.com
Email: Nicholas.Adams@wilsonelser.com
*Attorneys for Defendants City of Henderson and Stephanie Garcia-Vause*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AMANDA SWARTZ (an individual),<br><br>Plaintiff,<br><br>v.<br><br>CITY OF HENDERSON; STEPHANIE GARCIA-VAUSE (an individual); and DOES I through XX, inclusive;<br><br>Defendants. | Case No. 2:25-cv-01245-RFB-DJA<br><br>**STIPULATION FOR ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT**<br>**(First Request)** |

Defendants, City of Henderson and Stephanie Garcia-Vause ("Defendants") and Plaintiff, Amanda Swartz ("Plaintiff"), by and through their counsel of record, hereby stipulate to enlarge the time to respond the Complaint in accordance with Fed. R. Civ. P. 6(b)(1) and LR IA 6-1(a) as follows:

This is the first stipulation to extend the time for Defendants to respond to Plaintiff's Complaint. Plaintiff filed her Complaint on July 10, 2025. [ECF No. 1.] Defendants were both served with the Complaint on August 14, 2025. [ECF Nos. 7 and 8.] Pursuant to Fed. R. Civ. P. 12 a response is currently due September 4, 2025. On August 28, 2025, counsel for Defendants reached out counsel for Plaintiff and requested additional time to respond to the Complaint. As a matter of professional courtesy, counsel for Plaintiff granted Defendants up to and including September 18, 2025 to respond to the Complaint.

319078022v.1

Under Fed. R. Civ. P. 6(b)(1) and LR IA 6-1(a) a deadline may be extended if requested prior to the deadline and good cause exists. Here, good cause exists to extend the deadline for Defendants to respond to the Complaint. This is a civil rights action with claims under 42 U.S.C. § 1983. [ECF No. 1.] Counsel for Defendants were just retained in this matter and additional time is needed to review the Complaint, assess the claims brought, and prepare an appropriate response. While counsel have been diligent in evaluating the Complaint, additional time is needed due to the upcoming holiday weekend and conflicting time-sensitive firm deadlines in other matters (e.g., two appellate briefs).

Counsel certifies that this request is made in good faith and not for the purposes of delay and request that it be granted by the Court.

**IT IS SO STIPULATED.**

DATED this 28th day of August, 2025.      DATED this 28th day of August, 2025.

WILSON, ELSER, MOSKOWITZ, EDELMAN      PAUL PADDA LAW, PLLC
& DICKER LLP

By:   */s/ Nicholas F. Adams*                    By:   */s/ Paul S. Padda*
    Sheri M. Thome, Esq.                             Paul S. Padda, Esq.
    Nevada Bar No. 008657                          Nevada Bar No. 010417
    Nicholas F. Adams, Esq.                         4560 South Decatur Blvd., Suite 300
    Nevada Bar No. 014813                          Las Vegas, NV 89103
    6689 Las Vegas Blvd. South, Suite 200      *Attorneys for Plaintiff*
    Las Vegas, Nevada 89119
*Attorneys for Defendants City of
Henderson and Stephanie Garcia-Vause*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 8/29/2025

319078022v.1